# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michelle Lyn Hogquist,  Civil No. 19-2473 (DWF/DTS)

    Plaintiff,

v.  **ORDER**

The State of Minnesota, et al.,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 8, 2020. (Doc. No. 5). No objections have been filed to that Report and Recommendation in the time period permitted. The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Magistrate Judge Schultz's Report and Recommendation dated January 8, 2020 (Doc. No. [5]) is **ADOPTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. The application to proceed *in forma pauperis* of plaintiff Michelle Lyn Hogquist (Doc. No. [2]) is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 29, 2020    s/Donovan W. Frank
　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　United States District Judge